**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Simon HERNANDEZ, Defendant—**
**Appellant.**

**No. 07–30112.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008.*

Filed Jan. 28, 2008.

USBO–Office of the U.S. Attorney, Boise, ID, for Plaintiff–Appellee.

Leo N. Griffard, Jr., Esq., Boise, ID, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Simon Hernandez appeals from the 48–month sentence imposed following his

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

guilty-plea conviction for unlawful possession of a firearm in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Hernandez contends that the district court erred in that it failed to recognize its discretion to impose a below-Guidelines sentence. We disagree, and conclude that the record indicates that the district court understood its discretion to impose a below-guidelines sentence. *See Gall v. United States,* —— U.S. —— 128 S.Ct. 586, 597, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.